IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| LINDA W. EYDT, | : | CASE NO. 12-70814 BEM |
| | : | |
| Debtor. | : | |

**NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE COURT**

According to the Trustee's Proposed Distribution (Exhibit D to Trustee's Final Report) (Doc. No. 106) entered on July 13, 2015, the Trustee distributed the balance of the funds on hand to all creditors as dividends.

All checks cleared, except to the following parties, which did not clear within the allowed ninety days:

| CHECK NO. | ISSUED TO | AMT |
|---|---|---|
| 111 | **Fifth Third Bank**<br>1830 East Paris, SE<br>MS #RSCB3E<br>Grand Rapids, MI  49546 | $    466.34 |
| 117 | **Ashe Rafuse & Hill LLP**<br>Attn James J. Swartz, Jr.<br>1355 Peachtree St, NE #500<br>Atlanta, GA 30309-3232 | $ 2,613.21 |
| **TOTAL:** | | **$ 3,079.55** |

Trustee, therefore, submits a check for **$3,079.55** payable to the Registry of the

United States Bankruptcy Court representing the unclaimed funds.

Respectfully submitted this 2nd day of December, 2015.

|  |  |
|---|---|
|  | **/s/** |
| 1303 Hightower Trail, Suite 200 | Dale R. F. Goodman, Chapter 7 Trustee |
| Atlanta, Georgia  30350-2919 | GA Bar No. 300950 |
| 770/649-7510 | *dale@goodmanandgoodmanpc.com* |

## CERTIFICATE OF SERVICE

I, Dale R. F. Goodman, hereby certify that I served the foregoing by hand delivery and/or mailing a copy of same in a properly addressed envelope with sufficient postage thereon to ensure its delivery through the United States mail to the following:

Fifth Third Bank
1830 East Paris
SE, MS #RSCB3E
Grand Rapids, MI 49546

United States Trustee
362 Richard Russell Bldg
75 Ted Turner Dr, SW
Atlanta, GA 30303-3330

Ashe, Rafuse & Hill, LLP
c/o Polsinelli PC
Attn: James J. Swartz, Jr.
1355 Peachtree St, NE, Ste 500
Atlanta, GA 30309

This 2nd day of   December, 2015.

/s/
Dale R. F. Goodman